**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

IT IS SO ORDERED.



Mina Nami Khorrami
United States Bankruptcy Judge

Dated: September 9, 2024

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In Re:  CHRISTOPHER J. ELEY       :   Case No: 23-50777
       ASHLEY N. ELEY

                                                                                :   CHAPTER 13

                Debtor(s)                                    :   Judge Mina Nami Khorrami

**AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS (Doc. 60)**

    This cause was scheduled for hearing on 9/10/2024 on the Trustee's Motion to Dismiss this Chapter 13 Case (Doc. 60) and the response thereto (Doc. 62) filed by Debtor(s). Upon the agreement of the parties, the Chapter 13 Trustee's Motion to Dismiss shall be held in abeyance to provide Debtor(s) the opportunity to perform under the terms of the confirmed Chapter 13 Plan (the "Plan").

    Debtor(s) shall resume full and regular payments into the Plan and cure any plan length issue within sixty (60) days of the date this Agreed Order is entered. Upon entry of the Agreed Order, Trustee shall adjust his records to reflect Plan funding as

current. Any delinquent Plan payments shall be deferred and must be cured within the applicable commitment period, but no later than the sixtieth month of the Plan (or the eighty-fourth month, if the plan length is extended by separate order of the Court).

If the Debtor(s): (1) become more than thirty (30) days in default on any subsequent Plan payment; (2) do not correct any plan length issue within sixty (60) days of the date this Agreed Order is entered; or (3) do not cure any deferred Plan funding delinquency within the applicable commitment period, but no later than the sixtieth month of the Plan (or the eighty-fourth month, if the plan length is extended by separate order of the Court), then the Trustee shall file an affidavit attesting to the default under this Agreed Order and is authorized to contemporaneously submit to the Court an order of dismissal. Upon submission of the Trustee's proposed order of dismissal and affidavit of default, the Motion to Dismiss will be granted without further notice or hearing.

**IT IS SO ORDERED.**

Respectfully submitted,

/s/Thomas C Lonn by Email authorization 9/6/2024
Thomas C Lonn (0059788)
Attorney for the Debtor(s)
885 Eastwind Drive
Westerville OH, 43081
Tel: (614) 895-1234
Fax: (614) 865-3377
Email: tclonnesq@rrohio.com

/s/ Edward A. Bailey by David Powell (0076375)
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

Copies to: Default List